UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | SACV19-01471-JAK (AS) | Date | July 23, 2020 |
|---|---|---|---|
| Title | *Enrique Guerrero v. County of Orange, et.al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**   ORDER TO SHOW CAUSE RE LACK OF PROSECUTION

   On November 20, 2019, the Court issued an Order dismissing Plaintiff's First Amended Complaint with leave to amend. (Dkt. No. 11). Plaintiff was directed to file a Second Amended Complaint within thirty days of the Court's Order. Id., at 12. Plaintiff was "explicitly cautioned that failure to timely file a Second Amended Complaint may result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with court orders. See Fed. R. Civ. P. 41(b)." Id., at 13. The Court subsequently granted Plaintiff's requests for additional time to file his Second Amended Complaint, see Dkt. Nos. 12-14, 16-19; the Court's April 16, 2020 Order directed Plaintiff to file a Second Amended Complaint no later than June 6, 2020 and stated that "no further extensions will be granted absent extraordinary circumstances." Dkt. No. 20.

   To date, Plaintiff has failed to file a Second Amended Complaint. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than August 13, 2020**, why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a Second Amended Complaint that complies with the Court's November 20, 2019 Order or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a Second Amended Complaint. A copy of the Court's Orders, dated November 20, 2019 and April 16, 2020 (Dkts. Nos. 11, 20), are attached for Plaintiff's convenience.

   If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | SACV19-01471-JAK (AS) | Date | July 23, 2020 |
|---|---|---|---|
| Title | *Enrique Guerrero v. County of Orange, et.al.,* | | |

Plaintiff's convenience.  <u>Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders</u>.

IT IS SO ORDERED.

cc: John A. Kronstadt, United States District Judge

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |