**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ENRIQUE GUERRERO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF ORANGE, et. al.,<br><br>　　　　Defendants. | Case No. SACV 19-1471-JAK (AS)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 19, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE